IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01457-WYD-MJW

DEBORAH KERR,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; and
HOST INTERNATIONAL, INC., a Delaware Corporation,

    Defendants.

---

**ORDER**

---

    THIS MATTER comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, filed November 8, 2005.  Having reviewed the Stipulation and being fully advised in the matter, it is

    ORDERED that the above-captioned lawsuit be **DISMISSED WITH PREJUDICE**, each party to bear her or its own fees and costs.

Dated:  November 10, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge